76666.0111

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES M. BLACK, III <br><br> Plaintiffs, <br><br> V. <br><br> TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND BLAKE THIGPIN <br><br> Defendant | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 5:16-CV-181-XR |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this _____ day of _____, 2016.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANT**

SPARR & GEERDES, INC.
1313 NE Loop 410, Suite 100
San Antonio, Texas 78209
Telephone: (210) 828-6500
Facsimile: (210) 828-5444
rsparr@sparrlaw.net

By: _____
RICHARD A. SPARR, JR.
State Bar No: 18887300

**ATTORNEYS FOR PLAINTIFF**